# Third District Court of Appeal

**State of Florida**

Opinion filed December 16, 2020.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1070
Lower Tribunal No. 11-84-A-P
_____

**Alexis Hernandez,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An appeal under Florida Rule of Appellate Procedure 9.315(a) from the Circuit Court for Monroe County, Timothy J. Koenig, Judge.

Alexis Hernandez, in proper person.

Ashley Moody, Attorney General, for appellee.

Before FERNANDEZ, LINDSEY and GORDO, JJ.

PER CURIAM.

Affirmed.